IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                           CASE NO.  4:96cr63-RH

EDDIE JAMES MOORE,

     Defendant.

_____/

ORDER DENYING SENTENCE REDUCTION
UNDER AMENDMENT 706

     The defendant Eddie James Moore has moved to reduce his sentence under United States Sentencing Guidelines Amendment 706.  The amendment reduces the guideline range for most crack-cocaine offenses, but not offenses involving 4.5 kilograms or crack or more.  Because Mr. Moore was responsible for more than 4.5 kilograms of crack, he is not eligible for a reduction.  This order denies relief.

     The presentence report cited Mr. Moore's own post-arrest statements to law enforcement officers indicating he received weekly deliveries of crack from co-conspirator Lavorn Ford for eight months.  (Presentence report ¶13.)  After smaller deliveries during the first month, the deliveries were for 20 ounces each.  *Id.*  This put the total amount of crack in excess of 17 kilograms.  Mr. Ford's account put the

amount in excess of 20 kilograms.  (*Id.* at ¶14.)  The presentence report concluded that Mr. Moore was responsible for more approximately 20 kilograms.  (*Id.* at ¶19.)  Mr. Moore did not object.

For purposes of Amendment 706, therefore, Mr. Moore is deemed responsible for approximately 20 kilograms of crack.  Under the clear law of the circuit, Mr. Moore is not eligible for relief.  *See, e.g., United States v. Walker*, No. 08-12264, 2008 WL 5007201, at *3 (11th Cir. Nov. 24, 2008); *United States v. Heath*, No. 08-11585, 2008 WL 4649393, at *2 (11th Cir. Oct. 22, 2008); *United States v. Smith*, No. 08-12907, 2008 WL 4951793, at *2 (11th Cir. Nov. 20, 2008); *United States v. Jones*, No. 08-13298, 2008 WL 4934033, at *1-2 (11th Cir. Nov. 19, 2008).

Accordingly,

IT IS ORDERED:

1. The defendant Eddie James Moore's motion to reduce sentence (document 158) is DENIED.

2. The clerk must provide a copy of this order to the attorneys of record and the Federal Public Defender through the electronic filing system.

SO ORDERED on February 24, 2009.

s/Robert L. Hinkle  
Chief United States District Judge